**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MANSA M. MUHUMMED, | ) | NO. ED CV 17-261-RGK(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| DEAN BORDERS, Warden, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: January 5, 2018

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE